PHILLIP A. TALBERT
United States Attorney
MEGAN A. S. RICHARDS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Respondent
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER JOSE GALINDO,<br><br>                Petitioner,<br><br>   v.<br><br>J. SALAZAR, Warden,<br><br>                Respondent. | CASE NO. 2:17-CV-00302-EFB (HC)<br><br>MOTION FOR EXTENSION OF TIME TO FILE RESPONDENT'S RESPONSE |

     Respondent, J. Salazar, Warden, by and through Philip A. Talbert, United States Attorney, and Megan A. S. Richards, Assistant United States Attorney, hereby moves the Court to grant the respondent sixty (60) days additional time to respond to Petitioner Silver Jose Galindo's Section 2241 petition filed on February 13, 2017. The current due date for the respondent's response is April 22, 2017. The government asks that the new response date be June 21, 2017.

## RELEVANT FACTS

     Petitioner Galindo is currently detained at the Federal Correctional Institution in Herlong, California. Petitioner (Doc. 1) at 2. After conviction for several counts of felon in possession of a firearm, possession of methamphetamine with intent to distribute, and possession of a firearm during a drug trafficking crime, Galindo was sentenced by the United States District Court for the District of Hawaii with 470 months of imprisonment. Petition at 2. The court imposed sentence on October 6, 2008. Petition at 2.

In his Section 2241 petition, Galindo alleges that the Bureau of Prisons (BOP) failed to grant him credit for time served in custody at the Federal Detention Center in Honolulu, Hawaii. Petition at 3. As currently calculated, the petitioner's release date is December 22, 2038.[1] This release date is the result of his federal sentence's interaction with three separate Hawaii state sentences.

To respond to the Petitioner's claim, the government believes it is necessary for it to have access to the defendant's prior criminal history, including records related to his terms of incarceration with the State of Hawaii. Timothy Rodrigues, Senior Attorney for BOP in Honolulu, Hawaii, is assisting with the response to the petition. He has informed me that information regarding Petitioner's state cases was consolidated in Petitioner's Presentence Investigation Report by the U.S. Probation Office, and used by the BOP for purposes of sentence calculation at the onset of Petitioner's federal sentence. In order to ensure the accuracy of the sentence and faithfully respond to the Petition, the BOP's Designation and Sentence Computation Center has requested original source documents from the Hawaii state Department of Public Safety regarding Petitioner's separate Hawaii state sentences. BOP originally requested these documents on February 16, 2017. Mr. Rodrigues has renewed BOP's request, and emphasized that these records are urgently needed and critical to the government's response in this matter. The documents have not yet been received.

Because the documents are necessary for the government to respond to the petition, it hereby moves the court for an additional sixty (60) days to file its response.

Dated: April 18, 2017　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By:　/s/ MEGAN A. S. RICHARDS
　　　　　　　　　　　　　　　　　　　　　　　　MEGAN A. S. RICHARDS
　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

---

[1] Publicly accessible at www.bop.gov/inmateloc/

**[~~PROPOSED~~] FINDINGS AND ORDER**

Respondent J. Salazar, Warden, by and through the United States's motion for an Extension of time to file his response to the defendant's Motion is **GRANTED**. The new deadline for Respondent to file and serve its response is June 21, 2017. The Clerk is directed to terminate ECF No. 9.

IT IS SO FOUND AND ORDERED this 19th day of April, 2017.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE